*General Jackson, Assistant Attorney General Morris,* and *Mr. J. Louis Monarch* for respondent.

No. 440. CANNON *v.* TINKHAM. December 5, 1938. Petition for writ of certiorari to the Court of Appeals for the District of Columbia denied. *Messrs. Robert H. Mc-Neill* and *Claude L. Dawson* for petitioner. *Messrs. Roger J. Whiteford* and *P. H. Marshall* for respondent.

No. 450. JONES *v.* ST. PAUL FIRE & MARINE INS. CO. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Daniel MacDougald* for petitioner. *Mr. Lloyd E. Elliott* for respondent.

No. 433. NEWCOMB *v.* UNITED STATES. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. James E. Fenton* for petitioner. *Solicitor General Jackson, Assistant Attorney General McFarland,* and *Mr. Oscar A. Provost* for the United States.

No. 443. MARYLAND CASUALTY CO. *v.* UNITED STATES FOR THE USE OF HARRINGTON, ADMINISTRATOR, ET AL. December 5, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Frank Gibbons* for petitioner. *Mr. John S. Powers* for Harrington, and *Mr. Arthur E. Sutherland, Jr.* for Bonsignore et al., respondents.

No. 444. SIMMONS, TRADING AS PARIS IMPORT CO., ET AL. *v.* FARLEY, POSTMASTER GENERAL. December 5, 1938.